1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone:  (415) 436-7200
7  Fax: (415) 436-7234
   E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. 4-12-70146-MAG
                                     )
14         Plaintiff,                )   [PROPOSED] ORDER AND
                                     )   STIPULATION FOR CONTINUANCE
15     v.                            )   FROM MARCH 7, 2012 TO MARCH 28,
                                     )   2012 AND EXCLUDING TIME FROM
16  SAMUEL LOPEZ,                    )   THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C. §
17         Defendant.                )   3161(h)(8)(A)) AND WAIVING TIME
                                     )   LIMITS UNDER RULE 5.1
18

19         With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order scheduling an arraignment or preliminary hearing date of March 28, 2012 at 9:30 a.m.

21  before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

22  hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

23  Speedy Trial Act, 18 U.S.C. § 3161(b), from March 7, 2012 to March 28, 2012.  The parties

24  agree, and the Court finds and holds, as follows:

25         1.  The defendant is currently in custody.

26         2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

27  § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

28  account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 14-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 7, 2012 to March 28, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on March 28, 2012, at 9:30 a.m., and (2) orders that the period from March 7, 2012 to March 28, 2012, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 5, 2012            /s/
                                ELLEN LEONIDA
                                Attorney for Defendant

DATED: March 5, 2012            /s/
                                AARON D. WEGNER
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 6, 2012            HON. DONNA M. RYU  LAUREL BEELER
                                United States Magistrate Judge

2