MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0382-CW |
|     Plaintiff, ) | ORDER AND STIPULATION TO MOVE ARRAIGNMENT TO JULY 12, 2012, at 9:30 a.m. |
| v. ) | |
| SAMUEL LOPEZ, ) | |
|     Defendant. ) | |

    The defendant is currently scheduled for an arraignment before the duty magistrate judge on July 13, 2012, at 9:30 a.m.  Due to scheduling conflicts involving the attorneys of record in the case, the parties are jointly requesting that the preliminary hearing or arraignment be rescheduled to July 12, 2012 at 9:30 a.m.  With the agreement of the parties, and with the consent //

//

//

//

//

1  of the defendant, the Court enters this order scheduling an arraignment date of July 12, 2012, at
2  9:30 a.m., before the duty magistrate judge.
3
4  IT IS SO STIPULATED:
5
6
7  DATED: July 3, 2012                    _____/s_____
                                           ELLEN LEONIDA
8                                          Attorney for Defendant
9
10 DATED: July 3, 2012                    _____/s_____
                                           AARON D. WEGNER
11                                         Assistant United States Attorney
12
13 IT IS SO ORDERED.
14
   DATED:  7/6/2012      _____
15                                         HON. DONNA M. RYU
                                           United States Magistrate Judge

2