STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
SAMUEL LOPEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-0382 CW |
| Plaintiff, | STIPULATION TO CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| SAMUEL LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of August 26, 2013 at 2:00 p.m., before the Hon. Claudia Wilken, be vacated and that sentencing be re-set for November 25, 2013 at 2:00 p.m..

The requested continuance is necessary because the government and defense counsel are conducting ongoing investigation necessary to the determination of an appropriate sentence. This investigation cannot be completed before the presently scheduled sentencing date. Probation Officer Constance Cook is available on November 25, 2013.

///

///

///

///

CR 12-382 CW
Stipulation to Continuance; [Proposed] Order         1

Date: August 7, 2013                    /s/
                                        Ellen V. Leonida
                                        Assistant Federal Public Defender
                                        Counsel for defendant SAMUEL LOPEZ

Date: August 7, 2013                    /s/
                                        AARON D. WEGNER
                                        Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to November 25, 2013 at 2:00 p.m., before the Honorable Claudia Wilken for sentencing.

IT IS SO ORDERED.

8/8/2013
Date                                    HON. CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

CR 12-382 CW
Stipulation to Continuance; [Proposed] Order         2